UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KAREN LAZAR,

                                       Case No.: 16-CV-4708

                  Plaintiff,

-against-

                                       **STIPULATION OF VOLUNTARY**
AMERIPRISE INSURANCE COMPANY,               **DISMISSAL**
AMERIPRISE AUTO & HOME INSURANCE and
IDS CASUALTY INSURANCE COMPANY,

                  Defendants,
-----------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for the plaintiff and defendant in the above-titled action that all claims asserted by and between the above-noted parties are hereby discontinued with prejudice, without costs to any party as against the other.

    IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be filed in counter-parts and without further notice with the Clerk of the Court and that a facsimile copy may be considered an original for purposes of filing this Stipulation.

Dated: Lynbrook, New York
         November 18, 2016

| | |
|---|---|
| Alan C. Glassman | BRUNO, GERBINO & SORIANO, LLP |
| *Attorney for Plaintiff* | by Michael A. Callinan, Esq. |
| 34 Atlantic Avenue, Suite 200 | *Attorneys for Defendants* |
| Lynbrook, New York 11563 | 445 Broad Hollow Rd. Ste. 220 |
| (516) 823-1800 *telephone* | Melville, NY 11747 |
| | (631) 390-0010 |

So Ordered

s/LaShann DeArcy Hall
LaShann DeArcy Hall
United States District Judge